UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROLA KRUPCZYK, | ) |
| | ) |
| Plaintiff | ) |
| v. | ) **Case No.: 1:12-cv-0008** |
| | ) |
| | ) |
| ATG CREDIT, LLC, | ) |
| | ) |
| Defendant | ) |
| | ) |

NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the above-captioned case has been

DISMISSED with prejudice.


By: /s/ Craig Thor Kimmel
      Craig Thor Kimmel, Esquire
      Attorney ID # 2790038
      Attorney for Plaintiff
      Kimmel & Silverman, P.C.
      30 E. Butler Pike
      Ambler, PA 19002
      Phone: (215) 540-8888
      Facsimile: 877-788-2864
      Email: kimmel@creditlaw.com

Date: March 2, 2012